# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Schall, Alvin A | 2. Court or Organization<br><br>U.S. Court of Appeals/Fed.Cir. | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Suite 907<br>717 Madison Place, NW<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee (one of two) | Trust #2 |
| 2.  Trustee (one of two) | Trust #4 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Rental of property for five weeks | $ 8,500.00 |
| 2 | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 23-24, 2007 | New York, NY | Federal Judiciary Dinner | Transportation, Meals, and Lodging |
| 2. | Federal Circuit Bar Association | June 27-28, 2007 | Cambridge, MD | Bench & Bar Conference | Lodging and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sun Trust Bank | Loan-Secured by mortgage on real property owned by reporting person ▮▮▮▮ | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories, Inc. | B | Dividend | L | T | | | | | |
| 2. Altria Group, Inc. | C | Dividend | L | T | | | | | |
| 3. Anheuser-Busch Cos., Inc. | C | Dividend | M | T | | | | | |
| 4. Boeing Co. | B | Dividend | L | T | | | | | |
| 5. Citadel Broadcasting Corp. | | None | J | T | *See Below | 06/14 | J | | |
| 6. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 7. General Electric Co. | C | Dividend | M | T | | | | | |
| 8. General Mills, Inc. | B | Dividend | K | T | | | | | |
| 9. Home Depot, Inc. | B | Dividend | L | T | | | | | |
| 10. Hospira, Inc. | | None | J | T | | | | | |
| 11. Intel Corp. | B | Dividend | M | T | | | | | |
| 12. J.P. Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 13. Kraft Foods, Inc. | A | Dividend | K | T | **See Below | 04/02 | K | | |
| 14. MBIA, Inc. | B | Dividend | K | T | | | | | |
| 15. Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 16. Motorola, Inc. | A | Dividend | K | T | | | | | |
| 17. Pepsico, Inc. | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

*Spinoff from Walt Disney.
**Stock Distribution by Altria Group, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. R.R. Donnelly & Sons Co. | B | Dividend | K | T | | | | | |
| 19. DWS Advisor Funds Mid-Cap Growth Fund Class S | E | Dividend | M | T | | | | | |
| 20. DWS International Emerging Markets Equity Fund Class S | E | Dividend | K | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | L | T | | | | | |
| 22. Yum Brands, Inc. | A | Dividend | K | T | Stock Dist. | 06/27 | J | | |
| 23. 5.75% Md State Health  Higher Edu. Fac. Bond, due 07/01/09 | B | Interest | K | T | | | | | |
| 24. 5.625% U.S.Treasury Notes, due 05/15/08 | B | Interest | K | T | | | | | |
| 25. Capital One Bank Certificate of Deposit | B | Interest | K | T | Buy | 01/29 | K | | |
| 26. Scudder Cash Investment Trust | A | Interest | L | T | | | | | |
| 27. Scudder Cash Investment Trust ● | A | Interest | K | T | | | | | |
| 28. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 29. Edgartown Water Co. | | None | J | U | | | | | |
| 30. Mainbocher, Inc. | | None | J | U | | | | | |
| 31. Evergreen Money Fund | A | Interest | J | T | | | | | |
| 32. TRUST #1: | | | | | | | | | |
| 33. Blackrock Funds International Bond Portfolio | A | Dividend | J | T | Buy | 02/05 | K | | |
| 34. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | J | T | Partial Sale | 02/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and ●4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 36. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 37. Deutsche Bank Trust Co. Capital Income Fund | C | Dividend | M | T | | | | | |
| 38. 2.22% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 39. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 40. Templeton Global Bond Fund Class A | A | Dividend | | | Sold | 02/05 | J | Loss | |
| 41. MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 42. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 43. Cohen & Steers Realty Index Fund | A | Dividend | K | T | | | | | |
| 44. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 45. TRUST #2: | | | | | | | | | |
| 46. American Express Co. | A | Dividend | K | T | | | | | |
| 47. BP PLC | B | Dividend | L | T | Partial Sale | 03/01 | J | D | |
| 48. Kimberly Clark Corp. | B | Dividend | L | T | | | | | |
| 49. Raytheon Co. | A | Dividend | L | T | | | | | |
| 50. R.R. Donnelly & Sons Co. | A | Dividend | K | T | | | | | |
| 51. Wyeth Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Deutsche Bank Trust Co. Capital Growth Fund | C | Dividend | N | T | Partial Sale | 05/22 | J | A | |
| 53. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | K | T | Partial Sale " " | 03/22 11/07 | J J | Loss Loss | |
| 54. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 55. Deutsche Bank Trust Co. International Fund | B | Dividend | K | T | | | | | |
| 56. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 57. TRUST #3: | | | | | | | | | |
| 58. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | J | T | | | | | |
| 59. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 60. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 61. Deutsche Bank Trust Co. Capital Income Fund | C | Dividend | M | T | | | | | |
| 62. 2.22% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 63. DWS High Income Fund Class A | A | Dividend | K | T | | | | | |
| 64. Templeton Global Bond Fund Class A | A | Dividend | | | Sold | 02/05 | J | Loss | |
| 65. MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 66. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 67. Cohen & Steers Realty Index Fund | A | Dividend | J | T | Sold | 02/02 | J | C | |
| 68. Blackrock Funds International Bond Portfolio | A | Dividend | J | T | Buy | 02/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 70. TRUST #4: | | | | | | | | | |
| 71. American Express Co. | A | Dividend | L | T | | | | | |
| 72. BP PLC | C | Dividend | L | T | Partial Sale | 07/23 | K | E | |
| 73. General Electric Co. | C | Dividend | L | T | Partial Sale | 07/23 | J | D | |
| 74. Merck & Co., Inc. | B | Dividend | L | T | | | | | |
| 75. Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 76. Deutsche Bank Trust Co. International Fund | C | Dividend | M | T | Partial Sale | 03/22 | J | B | |
| 77. Deutsche Bank Trust Co. Maximum Income Fund | E | Dividend | N | T | | | | | |
| 78. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schall, Alvin A | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-18, 21, 22, 28-30, 46-51, and 71-75 are common stock holdings.

2. Items 19, 20, 33, 39-43, and 63-68 are mutual funds.

3. Item 25 is a certificate of deposit.

4. Items 31, 44, 56, 69, and 78 are in the nature of money market accounts.

5. Item 23 is a state bond.

6. Items 24, 38, and 62 are United States Treasury Notes.

7. Items 26 and 27 are Individual Retirement Accounts in the form of money market accounts.

8. Items 34, 36, 37, 52, 53, 55, 58, 60, 61, and 76 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

9. Items 35, 54, and 59 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

10. Item 77 is a comingled securities trust fund managed by Deutsche Bank Trust Co.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544